UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: DRIESSENS, DENNIS P. | § | Case No. 12-80478 |
| DRIESSENS, EVELYN J. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 14, 2012. The undersigned trustee was appointed on February 15, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          16,195.35

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5,657.76 |
| Bank service fees | 142.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 10,394.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing governmental claims of this case was 08/22/2012 and the deadline for filing governmental claims was 08/22/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,019.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,019.92, for a total compensation of $2,019.92.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.32, for total expenses of $9.32.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2013 _____   By: /s/MEGAN G. HEEG _____
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80478
**Case Name:** DRIESSENS, DENNIS P.
DRIESSENS, EVELYN J.

**Period Ending:** 08/15/13

**Trustee:** (330490)    MEGAN G. HEEG
**Filed (f) or Converted (c):** 02/14/12 (f)
**§341(a) Meeting Date:** 03/16/12
**Claims Bar Date:** 08/22/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence, Location: 201 W. 3rd St<br>Orig. Asset Memo: Orig. Description: Single family residence, Location: 201 W. 3rd Street, Tampico IL 61283 | 85,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash from Debtor's wages<br>Orig. Asset Memo: Orig. Description: Cash from Debtor's wages | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with US Bank, Sterling, Illinoi<br>Orig. Asset Memo: Orig. Description: Checking account with US Bank, Sterling, Illinois (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, furnishings, appliances and misc. oth<br>Orig. Asset Memo: Orig. Description: Furniture, furnishings, appliances and misc. other items | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures, dvds, music cds and misc. other<br>Orig. Asset Memo: Orig. Description: Books, pictures, dvds, music cds and misc. other items | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's clothing<br>Orig. Asset Memo: Orig. Description: Debtor's clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Rings, watches and misc. other items<br>Orig. Asset Memo: Orig. Description: Rings, watches and misc. other items | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Shot gun and misc. other items<br>Orig. Asset Memo: Orig. Description: Shot gun and misc. other items | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance policy with<br>Orig. Asset Memo: Orig. Description: Term life insurance policy with | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Monthly pension income<br>Orig. Asset Memo: Orig. Description: Monthly pension income | 673.00 | 0.00 | | 0.00 | FA |
| 11 | Monthly income from second pension<br>Orig. Asset Memo: Orig. Description: Monthly income from second pension | 112.00 | 0.00 | | 0.00 | FA |
| 12 | 180 shares of Pepsico Inc stock valued at less t | 180.00 | 12,486.27 | | 12,486.27 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-80478
Case Name:  DRIESSENS, DENNIS P.
             DRIESSENS, EVELYN J.

Period Ending: 08/15/13

Trustee:     (330490)   MEGAN G. HEEG
Filed (f) or Converted (c): 02/14/12 (f)
§341(a) Meeting Date:  03/16/12
Claims Bar Date:     08/22/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: 180 shares of Pepsico Inc stock valued at less than $1 per share. debtor cannot find certficates.  Receives quarterly dividends) | | | | | |
| 13 | Approx. income tax refund (less than $1000)<br>  Orig. Asset Memo: Orig. Description: Approx. income tax refund (less than $1000). (actual 2010 federal refund was $178) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Monthly social security income<br>  Orig. Asset Memo: Orig. Description: Monthly social security income | 1,742.00 | 0.00 | | 0.00 | FA |
| 15 | Monthly social security<br>  Orig. Asset Memo: Orig. Description: Monthly social security | 665.00 | 0.00 | | 0.00 | FA |
| 16 | 2011 tax refund of less than $1000<br>  Orig. Asset Memo: Orig. Description: 2011 tax refund of less than $1000. | Unknown | 0.00 | | 0.00 | FA |
| 17 | 2010 Dodge truck<br>  Orig. Asset Memo: Orig. Description: 2010 Dodge truck | 20,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2000 Chevy S-10 truck w/ 214,000 miles<br>  Orig. Asset Memo: Orig. Description: 2000 Chevy S-10 truck w/ 214,000 miles | 2,500.00 | 0.00 | | 0.00 | FA |
| 19 | 1997 Harley Davidson<br>  Orig. Asset Memo: Orig. Description: 1997 Harly Davidson | 3,000.00 | 0.00 | | 0.00 | FA |
| 20 | Riding lawn mower<br>  Orig. Asset Memo: Orig. Description: Riding lawn mower | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Dividends on Pepsico Stock  (u) | 0.00 | 193.50 | | 193.50 | FA |
| 22 | TAX REFUNDS  (u)<br>  Federal tax refund related to federal tax withholding from liquidation of PepsiCo stock. | Unknown | 3,515.58 | | 3,515.58 | FA |
| 22 | Assets   Totals (Excluding unknown values) | $121,572.00 | $16,195.35 | | $16,195.35 | $0.00 |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-80478 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** DRIESSENS, DENNIS P. | **Filed (f) or Converted (c):** 02/14/12 (f) |
| DRIESSENS, EVELYN J. | **§341(a) Meeting Date:** 03/16/12 |
| **Period Ending:** 08/15/13 | **Claims Bar Date:** 08/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2012          **Current Projected Date Of Final Report (TFR):**   August 15, 2013 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-80478 | |
| **Case Name:** | DRIESSENS, DENNIS P. | |
| | DRIESSENS, EVELYN J. | |
| **Taxpayer ID #:** | **-***5319 | |
| **Period Ending:** | 08/15/13 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******12-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/19/12 | {21} | Pepsico | dividend from Pepsico | | 1229-000 | 96.75 | | 96.75 |
| 11/01/12 | {21} | Pepsico | dividend on Pepsico Stock | | 1229-000 | 96.75 | | 193.50 |
| 11/13/12 | | Pepsico, Inc. | Sale of shares of stock | | | 8,943.51 | | 9,137.01 |
| | {12} | | gross proceeds for stock | 12,486.27 | 1129-000 | | | 9,137.01 |
| | | | Tax withholding | -3,496.16 | 2810-002 | | | 9,137.01 |
| | | | Sale fees | -21.60 | 2500-000 | | | 9,137.01 |
| | | | Sale fees | -25.00 | 2500-000 | | | 9,137.01 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,112.01 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,087.01 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | | 9999-000 | | 9,087.01 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,137.01 | 9,137.01 | $0.00 |
| Less: Bank Transfers | 0.00 | 9,087.01 | |
| **Subtotal** | 9,137.01 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,137.01** | **$50.00** | |

{} Asset reference(s)

Printed: 08/15/2013 08:40 AM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-80478 | |
| **Case Name:** DRIESSENS, DENNIS P. | |
| DRIESSENS, EVELYN J. | |
| **Taxpayer ID #:** **-***5319 | |
| **Period Ending:** 08/15/13 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****107966 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,087.01 | | 9,087.01 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.93 | 9,073.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.18 | 9,060.90 |
| 03/01/13 | 10101 | Illinois Department of Revenue | 2012 state taxes | 2820-000 | | 525.00 | 8,535.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.19 | 8,523.71 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 8,510.64 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.64 | 8,498.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 8,486.60 |
| 07/05/13 | {22} | United States Treasury | Tax refund related to Bankrutcy Estate's tax<br>return | 1224-000 | 3,515.58 | | 12,002.18 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.30 | 11,984.88 |
| 08/08/13 | 10102 | Carl C. Swanson, CPA | accountant fees per court order dated 7/24/13 | 3410-000 | | 1,590.00 | 10,394.88 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 12,602.59 | 2,207.71 | **$10,394.88** |
| Less: Bank Transfers | | 9,087.01 | 0.00 | |
| **Subtotal** | | 3,515.58 | 2,207.71 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$3,515.58** | **$2,207.71** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******12-66** | 9,137.01 | 50.00 | 0.00 |
| **Checking # ****107966** | 3,515.58 | 2,207.71 | 10,394.88 |
| | $12,652.59 | $2,257.71 | $10,394.88 |

{} Asset reference(s)

Printed: 08/15/2013 08:40 AM    V.13.13

# Claims Proposed Distribution

## Case:  12-80478    DRIESSENS, DENNIS P.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $10,394.88 | Total Proposed Payment: | $10,394.88 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 541.33 | 541.33 | 0.00 | 541.33 | 541.33 | 9,853.55 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,923.75 | 1,923.75 | 0.00 | 1,923.75 | 1,923.75 | 7,929.80 |
| | MEGAN G. HEEG <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 9.32 | 9.32 | 0.00 | 9.32 | 9.32 | 7,920.48 |
| | MEGAN G. HEEG <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,019.92 | 2,019.92 | 0.00 | 2,019.92 | 2,019.92 | 5,900.56 |
| 1 | PHARIA L.L.C. | Unsecured | 4,738.90 | 4,738.90 | 0.00 | 4,738.90 | 1,034.69 | 4,865.87 |
| 2 | Midland Funding LLC | Unsecured | 977.07 | 977.07 | 0.00 | 977.07 | 213.33 | 4,652.54 |
| 3 | FIA CARD SERVICES, N.A. | Unsecured | 394.82 | 394.82 | 0.00 | 394.82 | 86.21 | 4,566.33 |
| 4 | FIA CARD SERVICES, N.A. | Unsecured | 13,532.58 | 13,532.58 | 0.00 | 13,532.58 | 2,954.71 | 1,611.62 |
| 5 | Portfolio Recovery Associates, LLC | Unsecured | 5,911.59 | 5,911.59 | 0.00 | 5,911.59 | 1,290.74 | 320.88 |
| 6 | US BANK N.A. | Unsecured | 1,469.63 | 1,469.63 | 0.00 | 1,469.63 | 320.88 | 0.00 |
| | **Total for Case 12-80478 :** | | **$31,518.91** | **$31,518.91** | **$0.00** | **$31,518.91** | **$10,394.88** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,494.32 | $4,494.32 | $0.00 | $4,494.32 | 100.000000% |
| **Total Unsecured Claims :** | $27,024.59 | $27,024.59 | $0.00 | $5,900.56 | 21.834041% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80478
Case Name: DRIESSENS, DENNIS P.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 10,394.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,394.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - MEGAN G. HEEG | 2,019.92 | 0.00 | 2,019.92 |
| Trustee, Expenses - MEGAN G. HEEG | 9.32 | 0.00 | 9.32 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,923.75 | 0.00 | 1,923.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 541.33 | 0.00 | 541.33 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,590.00 | 1,590.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,494.32
Remaining balance: $ 5,900.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,900.56

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above that may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,900.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,024.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 4,738.90 | 0.00 | 1,034.69 |
| 2 | Midland Funding LLC | 977.07 | 0.00 | 213.33 |
| 3 | FIA CARD SERVICES, N.A. | 394.82 | 0.00 | 86.21 |
| 4 | FIA CARD SERVICES, N.A. | 13,532.58 | 0.00 | 2,954.71 |
| 5 | Portfolio Recovery Associates, LLC | 5,911.59 | 0.00 | 1,290.74 |
| 6 | US BANK N.A. | 1,469.63 | 0.00 | 320.88 |

Total to be paid for timely general unsecured claims: $ 5,900.56
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)