UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: DRIESSENS, DENNIS P. | § | Case No. 12-80478 |
| DRIESSENS, EVELYN J. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/02/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  08/15/2013          By:  /s/MEGAN G. HEEG
                                 Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | |
|---|---|
| In re: DRIESSENS, DENNIS P.<br>DRIESSENS, EVELYN J.<br><br>Debtor(s) | § Case No. 12-80478<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,195.35 |
| *and approved disbursements of* | $ 5,800.47 |
| *leaving a balance on hand of* [1] | $ 10,394.88 |
| **Balance on hand:** | $ 10,394.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,394.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,019.92 | 0.00 | 2,019.92 |
| Trustee, Expenses - MEGAN G. HEEG | 9.32 | 0.00 | 9.32 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,923.75 | 0.00 | 1,923.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 541.33 | 0.00 | 541.33 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,590.00 | 1,590.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,494.32 |
| Remaining balance: | $ 5,900.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses: $   0.00
       Remaining balance: $   5,900.56

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for priority claims: $   0.00
       Remaining balance: $   5,900.56

 The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 27,024.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.8 percent, plus interest (if applicable).

 Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 4,738.90 | 0.00 | 1,034.69 |
| 2 | Midland Funding LLC | 977.07 | 0.00 | 213.33 |
| 3 | FIA CARD SERVICES, N.A. | 394.82 | 0.00 | 86.21 |
| 4 | FIA CARD SERVICES, N.A. | 13,532.58 | 0.00 | 2,954.71 |
| 5 | Portfolio Recovery Associates, LLC | 5,911.59 | 0.00 | 1,290.74 |
| 6 | US BANK N.A. | 1,469.63 | 0.00 | 320.88 |

       Total to be paid for timely general unsecured claims: $   5,900.56
       Remaining balance: $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
Case 12-80478   Doc 43   Filed 08/30/13   Entered 09/01/13 23:37:18   Desc Imaged
                         Certificate of Notice   Page 6 of 8
```

```
                        United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 12-80478-TML
Dennis P. Driessens                                            Chapter 7
Evelyn J. Driessens
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: jclarke                Page 1 of 3         Date Rcvd: Aug 30, 2013
                              Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2013.
db/jdb       +Dennis P. Driessens,   Evelyn J. Driessens,   PO Box 201,   Tampico, IL 61283-0201
19058772     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
18482117      Bank of America,   PO Box 15019,   Wilmington, DE 19850-5019
18482116     +Bank of America,   PO Box 45224,   Jacksonville, FL 32232-5224
18482118      Bergner's,   PO Box 17633,   Baltimore, MD 21297-1633
18482119     +Bergner's Retail Services,   PO Box 5244,   Carol Stream, IL 60197-5244
18482120     +Card Member Services,   POB 790408,   Saint Louis, MO 63179-0408
18482121      Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
18482122      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
18482123      Citizens Automobile Finance, Inc.,   PO Box 42113,   Providence, RI 02940-2113
18482124      FIA Card Services,   Payment processing Center,   PO Box 15019,   Wilmington, DE 19886-5019
18482127      Menards,   Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
18482128     +Menards,   Retail Services,   PO Box 5244,   Carol Stream, IL 60197-5244
19932110      Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
19120304     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Us Bank,   PO Box 41067,
               Norfolk VA 23541)
19172296     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
18482131      US Bank Home Mortgage,   PO Box 20005,   Owensboro, KY 42304-0005
18482130      US Bank Home Mortgage,   PO Box 790415,   Saint Louis, MO 63179-0415
18482132     +Younkers,   PO Box 5211,   Carol Stream, IL 60197-5211
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18967779      E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2013 00:33:22     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18482125      E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2013 00:46:21     Lowe's,
               Monogram Credit Card Bank Georgia,   PO Box 105980, Department 79,   Atlanta, GA 30353-5980
18482126      E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2013 00:34:02     Lowe's/GEMB,   PO Box 530914,
               Atlanta, GA 30353-0914
18967722     +E-mail/Text: bncmail@w-legal.com Aug 31 2013 00:31:20     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
19932111      E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2013 00:34:04     Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18482129*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 790179,   Saint Louis, MO 63179-0179)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: jclarke             Page 2 of 3              Date Rcvd: Aug 30, 2013
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: jclarke              Page 3 of 3               Date Rcvd: Aug 30, 2013
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Mark   Zaleski    on behalf of Debtor Dennis P. Driessens attyzaleski@comcast.net,
           tremmers.mez@comcast.net
          Mark   Zaleski    on behalf of Joint Debtor Evelyn J. Driessens attyzaleski@comcast.net,
           tremmers.mez@comcast.net
          Megan G Heeg    on behalf of Accountant    Wipfli LLP heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```