# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re:  DRIESSENS, DENNIS P.           § Case No. 12-80478
        DRIESSENS, EVELYN J.           §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $121,392.00                    Assets Exempt: $22,692.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,900.56       Claims Discharged
                                                 Without Payment: $28,824.03

Total Expenses of Administration: $10,294.79

---

   3) Total gross receipts of $ 16,195.35   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $16,195.35
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $105,100.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,294.79 | 10,294.79 | 10,294.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,100.00 | 27,024.59 | 27,024.59 | 5,900.56 |
| **TOTAL DISBURSEMENTS** | $138,200.00 | $37,319.38 | $37,319.38 | $16,195.35 |

    4) This case was originally filed under Chapter 7 on February 14, 2012. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2013          By: /s/MEGAN G. HEEG
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 180 shares of Pepsico Inc stock valued at less t | 1129-000 | 12,486.27 |
| Dividends on Pepsico Stock | 1229-000 | 193.50 |
| TAX REFUNDS | 1224-000 | 3,515.58 |
| **TOTAL GROSS RECEIPTS** | | **$16,195.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank Home Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 78,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Automobile Finance, Inc. | 4110-000 | 27,100.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$105,100.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,019.92 | 2,019.92 | 2,019.92 |
| MEGAN G. HEEG | 2200-000 | N/A | 9.32 | 9.32 | 9.32 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,923.75 | 1,923.75 | 1,923.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 541.33 | 541.33 | 541.33 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,590.00 | 1,590.00 | 1,590.00 |
| Pepsico, Inc. | 2810-002 | N/A | 3,496.16 | 3,496.16 | 3,496.16 |
| Pepsico, Inc. | 2500-000 | N/A | 21.60 | 21.60 | 21.60 |
| Pepsico, Inc. | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.93 | 13.93 | 13.93 |
| Rabobank, N.A. | 2600-000 | N/A | 12.18 | 12.18 | 12.18 |
| Illinois Department of Revenue | 2820-000 | N/A | 525.00 | 525.00 | 525.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.19 | 12.19 | 12.19 |
| Rabobank, N.A. | 2600-000 | N/A | 13.07 | 13.07 | 13.07 |
| Rabobank, N.A. | 2600-000 | N/A | 12.64 | 12.64 | 12.64 |
| Rabobank, N.A. | 2600-000 | N/A | 11.40 | 11.40 | 11.40 |
| Rabobank, N.A. | 2600-000 | N/A | 17.30 | 17.30 | 17.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,294.79 | $10,294.79 | $10,294.79 |

**EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 7100-000 | 4,600.00 | 4,738.90 | 4,738.90 | 1,034.69 |
| 2 | Midland Funding LLC | 7100-000 | 1,000.00 | 977.07 | 977.07 | 213.33 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 14,000.00 | 394.82 | 394.82 | 86.21 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 13,532.58 | 13,532.58 | 2,954.71 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,911.59 | 5,911.59 | 1,290.74 |
| 6 | US BANK N.A. | 7100-000 | 5,800.00 | 1,469.63 | 1,469.63 | 320.88 |
| NOTFILED | Menards Retail Services | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bergner's | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Younkers | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services Payment processing Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,100.00 | $27,024.59 | $27,024.59 | $5,900.56 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Period Ending:** 12/09/13  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 08/22/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence, Location: 201 W. 3rd St  Orig. Asset Memo: Orig. Description: Single family residence, Location: 201 W. 3rd Street, Tampico IL 61283 | 85,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash from Debtor's wages  Orig. Asset Memo: Orig. Description: Cash from Debtor's wages | 200.00 | 0.00 | | 0.00 | FA |
| 3  Checking account with US Bank, Sterling, Illinoi  Orig. Asset Memo: Orig. Description: Checking account with US Bank, Sterling, Illinois | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Furniture, furnishings, appliances and misc. oth  Orig. Asset Memo: Orig. Description: Furniture, furnishings, appliances and misc. other items | 3,000.00 | 0.00 | | 0.00 | FA |
| 5  Books, pictures, dvds, music cds and misc. other  Orig. Asset Memo: Orig. Description: Books, pictures, dvds, music cds and misc. other items | 500.00 | 0.00 | | 0.00 | FA |
| 6  Debtor's clothing  Orig. Asset Memo: Orig. Description: Debtor's clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Rings, watches and misc. other items  Orig. Asset Memo: Orig. Description: Rings, watches and misc. other items | 500.00 | 0.00 | | 0.00 | FA |
| 8  Shot gun and misc. other items  Orig. Asset Memo: Orig. Description: Shot gun and misc. other items | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Term life insurance policy with  Orig. Asset Memo: Orig. Description: Term life insurance policy with | 0.00 | 0.00 | | 0.00 | FA |
| 10  Monthly pension income  Orig. Asset Memo: Orig. Description: Monthly pension income | 673.00 | 0.00 | | 0.00 | FA |
| 11  Monthly income from second pension  Orig. Asset Memo: Orig. Description: Monthly income from second pension | 112.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Period Ending:** 12/09/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 08/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 | 180 shares of Pepsico Inc stock valued at less t<br>Orig. Asset Memo: Orig. Description: 180 shares of Pepsico Inc stock valued at less than $1 per share. debtor cannot find certficates. Receives quarterly dividends) | 180.00 | 12,486.27 | | 12,486.27 | FA |
| 13 | Approx. income tax refund (less than $1000)<br>Orig. Asset Memo: Orig. Description: Approx. income tax refund (less than $1000). (actual 2010 federal refund was $178) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Monthly social security income<br>Orig. Asset Memo: Orig. Description: Monthly social security income | 1,742.00 | 0.00 | | 0.00 | FA |
| 15 | Monthly social security<br>Orig. Asset Memo: Orig. Description: Monthly social security | 665.00 | 0.00 | | 0.00 | FA |
| 16 | 2011 tax refund of less than $1000<br>Orig. Asset Memo: Orig. Description: 2011 tax refund of less than $1000. | Unknown | 0.00 | | 0.00 | FA |
| 17 | 2010 Dodge truck<br>Orig. Asset Memo: Orig. Description: 2010 Dodge truck | 20,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2000 Chevy S-10 truck w/ 214,000 miles<br>Orig. Asset Memo: Orig. Description: 2000 Chevy S-10 truck w/ 214,000 miles | 2,500.00 | 0.00 | | 0.00 | FA |
| 19 | 1997 Harley Davidson<br>Orig. Asset Memo: Orig. Description: 1997 Harly Davidson | 3,000.00 | 0.00 | | 0.00 | FA |
| 20 | Riding lawn mower<br>Orig. Asset Memo: Orig. Description: Riding lawn mower | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Dividends on Pepsico Stock  (u) | 0.00 | 193.50 | | 193.50 | FA |
| 22 | TAX REFUNDS  (u)<br>Federal tax refund related to federal tax withholding from liquidation of PepsiCo stock. | Unknown | 3,515.58 | | 3,515.58 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Period Ending:** 12/09/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 08/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 22    Assets    Totals (Excluding unknown values) | $121,572.00 | $16,195.35 | | $16,195.35 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2012    **Current Projected Date Of Final Report (TFR):**   August 15, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Taxpayer ID #:** **-***5319  
**Period Ending:** 12/09/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******12-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/19/12 | {21} | Pepsico | dividend from Pepsico | | 1229-000 | 96.75 | | 96.75 |
| 11/01/12 | {21} | Pepsico | dividend on Pepsico Stock | | 1229-000 | 96.75 | | 193.50 |
| 11/13/12 | | Pepsico, Inc. | Sale of shares of stock | | | 8,943.51 | | 9,137.01 |
| | {12} | | gross proceeds for stock | 12,486.27 | 1129-000 | | | 9,137.01 |
| | | | Tax withholding | -3,496.16 | 2810-002 | | | 9,137.01 |
| | | | Sale fees | -21.60 | 2500-000 | | | 9,137.01 |
| | | | Sale fees | -25.00 | 2500-000 | | | 9,137.01 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,112.01 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,087.01 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | | 9999-000 | | 9,087.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 9,137.01 | 9,137.01 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 9,087.01 | |
| | | | **Subtotal** | | | 9,137.01 | 50.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$9,137.01** | **$50.00** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Taxpayer ID #:** **-***5319  
**Period Ending:** 12/09/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****107966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,087.01 | | 9,087.01 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.93 | 9,073.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.18 | 9,060.90 |
| 03/01/13 | 10101 | Illinois Department of Revenue | 2012 state taxes | 2820-000 | | 525.00 | 8,535.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.19 | 8,523.71 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 8,510.64 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.64 | 8,498.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 8,486.60 |
| 07/05/13 | {22} | United States Treasury | Tax refund related to Bankrutcy Estate's tax return | 1224-000 | 3,515.58 | | 12,002.18 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.30 | 11,984.88 |
| 08/08/13 | 10102 | Carl C. Swanson, CPA | accountant fees per court order dated 7/24/13 | 3410-000 | | 1,590.00 | 10,394.88 |
| 10/17/13 | 10103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,923.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,923.75 | 8,471.13 |
| 10/17/13 | 10104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $541.33, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 541.33 | 7,929.80 |
| 10/17/13 | 10105 | PHARIA L.L.C. | Dividend paid 21.83% on $4,738.90; Claim# 1; Filed: $4,738.90; Reference: 5140-2180-2343-2428 | 7100-000 | | 1,034.69 | 6,895.11 |
| 10/17/13 | 10106 | Midland Funding LLC | Dividend paid 21.83% on $977.07; Claim# 2; Filed: $977.07; Reference: 819 2414 144389 5 | 7100-000 | | 213.33 | 6,681.78 |
| 10/17/13 | 10107 | FIA CARD SERVICES, N.A. | Dividend paid 21.83% on $394.82; Claim# 3; Filed: $394.82; Reference: VARIOUS ACCOUNTS | 7100-000 | | 86.21 | 6,595.57 |
| 10/17/13 | 10108 | FIA CARD SERVICES, N.A. | Dividend paid 21.83% on $13,532.58; Claim# 4; Filed: $13,532.58; Reference: | 7100-000 | | 2,954.71 | 3,640.86 |
| 10/17/13 | 10109 | Portfolio Recovery Associates, LLC | Dividend paid 21.83% on $5,911.59; Claim# 5; Filed: $5,911.59; Reference: | 7100-000 | | 1,290.74 | 2,350.12 |
| 10/17/13 | 10110 | US BANK N.A. | Dividend paid 21.83% on $1,469.63; Claim# 6; Filed: $1,469.63; Reference: | 7100-000 | | 320.88 | 2,029.24 |
| 10/17/13 | 10111 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,029.24 | 0.00 |
| | | | Dividend paid 100.00% 2,019.92 on $2,019.92; Claim# ; Filed: $2,019.92 | 2100-000 | | | 0.00 |

Subtotals : $12,602.59    $12,602.59

{} Asset reference(s)    Printed: 12/09/2013 02:27 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-80478  
**Case Name:** DRIESSENS, DENNIS P.  
DRIESSENS, EVELYN J.  
**Taxpayer ID #:** **-***5319  
**Period Ending:** 12/09/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****107966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Dividend paid 100.00% on $9.32; Claim# ; Filed: $9.32    9.32 | 2200-000 |  |  | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 12,602.59 | 12,602.59 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 9,087.01 | 0.00 |  |
|  |  |  | **Subtotal** |  | 3,515.58 | 12,602.59 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$3,515.58** | **$12,602.59** |  |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **Checking # 9200-******12-66** | 9,137.01 | 50.00 | 0.00 |
| **Checking # ****107966** | 3,515.58 | 12,602.59 | 0.00 |
|  | $12,652.59 | $12,652.59 | $0.00 |